**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-15-293 |
| | § | |
| VICTOR FLORES, | § | |
| RICARDO CAVAZOS-GARZA, | § | |
| JOSE JUAN SAAVEDRA, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REFERRAL

Having considered the defendants consent, this cause is hereby referred to United States

Magistrate Judge Mary Milloy for the purpose of administering the plea of guilty and the

FED.R.CRIM.P. 11 Allocution, subject to the final approval and imposition of sentence by this Court.

SIGNED on July 27, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge